**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

MICHAEL BATES                                                                                         PETITIONER

vs.                                                                              Civil Action No. 3:05-cv-685 HTW-LRA

STATE OF MISSISSIPPI                                                                              RESPONDENT

**FINAL JUDGMENT**

    This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same, hereby orders that final judgment is hereby entered in favor of respondent and that the petition for writ of habeas corpus is dismissed with prejudice.  The above-styled and numbered cause is fully and finally dismissed with prejudice.

    **SO ORDERED, THIS THE 31st day of October, 2007.**

                                                **s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**